UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-11452 PA (PDx) | Date | November 19, 2026 |
| Title | Cherronda Budwine v. Hometown Equity Mortgage, LLC | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

The parties' Stipulation to Extend Time to Respond to Initial Complaint identifies an earlier action, Ciara Lascano v. Hometown Equity Mortgage, LLC, Case No. CV 26-02862 JVS (KESx), that appears related to this action. Both actions name the same defendant and assert negligence, breach of implied contract, and unjust enrichment claims on behalf of a putative class. The parties describe the earlier action as arising from "the same alleged ransomware incident."

Local Rule 83-1.3 requires parties to promptly file a Notice of Related Cases when two or more civil cases filed in this District arise from the same or a closely related transaction, happening, or event; present the same or substantially related or similar questions of law and fact; or would otherwise entail substantial duplication of labor if heard by different judges. The notice must be filed when the later case is filed or as soon thereafter as the relationship reasonably should become apparent.

Despite these similarities, neither party has filed a Notice of Related Cases. Plaintiff's counsel also checked "No" on the Civil Cover Sheet in response to the question whether this action is related to any civil or criminal case previously filed in this Court.

The Court therefore orders the parties to show cause why they should not file a Notice of Related Cases identifying this action as related to Case No. CV 26-02862 JVS (KESx), as required by Local Rule 83-1.3. The parties shall respond no later than November 30, 2026. Filing a Notice of Related Cases identifying the two actions as related will constitute a sufficient response to this Order to Show Cause.

IT IS SO ORDERED.